ANTHONY G. APICELLA ET AL. *v.* CONNECTICUT
ATTORNEYS TITLE INSURANCE COMPANY
(13505)

DUPONT, C. J., and LAVERY and HENNESSY, Js.

Argued April 19—decision released May 16, 1995

*Lori Welch-Rubin,* with whom was *Douglas Apicella,* for the appellants (plaintiffs).

*Craig A. Fontaine,* with whom was *Paul T. Edwards,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.